**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**REGINALD S. WALTER,**

**Plaintiff,**

**v.** **Case No. 3:26cv3654-MCR-HTC**

**VANCE MONROE, et al.,**

**Defendants.**
________________________________/

# ORDER

The Magistrate Judge issued an Amended Report and Recommendation dated May 20, 2026 (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Amended Report and Recommendation and the record, I have determined that the Amended Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Amended Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this Order.

2. Plaintiff Walter's complaint is DISMISSED WITHOUT PREJUDICE under the Court's inherent power for Walter's failure to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 24th day of August 2026.

M. Casey Rodgers

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**